| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REINHARDT, STEPHEN R. | US COURT OF APPEALS - 9TH CIRCUIT | 07/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE (ACTIVE) | ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

312 NORTH SPRING STREET
ROOM 1747
LOS ANGELES, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  TRUSTEE | TRUST #1 - ███████ ██████ ██████ - EXEMPT C |
| 2.  TRUSTEE | TRUST #2 - ███████ ██████ ██████ - NON-EXEMPT C |
| 3.  TRUSTEE | TRUST #3 - ████████████████ DTD 4/21/95 |
| 4.  CO-TRUSTEE | TRUST #4 - ████████████████ 4/21/95 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REINHARDT, STEPHEN R.** | 07/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKER ACCT #1 - STONNINGTON ▨ (H) | | | | | | | | | |
| 2. - FEDERATED CLOVER VALUE FD CL C 1 | A | Dividend | J | T | Sold (part) | 01/12/15 | J | A | |
| 3. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 1 | A | Interest | J | T | | | | | |
| 4. CITY NATIONAL BANK CHECKING ▨ | | None | J | T | | | | | |
| 5. UNION BANK CHECKING | | None | K | T | | | | | |
| 6. CHASE CHECKING ▨ | | None | J | T | | | | | See Note 2 |
| 7. CHASE SAVINGS ▨ | A | Interest | J | T | | | | | See Note 2 |
| 8. JOHN HANCOCK LIFE INS CO. - GUARANTEED ANNUITY | D | Int./Div. | L | W | | | | | |
| 9. IRA - ACCT #7 - STONNINGTON ▨ (H) | | | | | | | | | |
| 10. - PERSHING GOVT MONEY MARKET FUNDS 7 | A | Interest | J | T | | | | | |
| 11. - VANGUARD BD INDEX TOTAL BD MKT FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 12. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 13. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 14. - MSIF INC INTERNATIONAL FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 15. - ISHARES TR 1-3 YR CR BOND ETF FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | See Note 3 |
| 16. - ISHARES TR TIPS BD ETF 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | See Note 4 |
| 17. - GATEWAY FUND CLASS Y 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DRIEHAUS ACTIVE INCOME FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 19. - DRIEHAUS SELECT CREDIT FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 20. - AQR DIVERSIFIED ARBITRAGE FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 21. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 22. - TCW EMERGING MARKETS FUND 7 | A | Dividend | J | T | | | | | |
| 23. - VIRTUS EMERGING MARKETS FUND 7 | A | Dividend | J | T | | | | | |
| 24. - AMERICAN CENTURY MID CAP VALUE FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 25. - SCHWAB FUNDMNTL U.S. LARGE CO FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 26. - AQR MANAGED FUTURES STRATEGY FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 27. - LEGG MASON BW ABSOLUTE RETURN FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 28. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 29. - NEUBERGER BERMAN LONG SHORT FUND 7 | A | Dividend | J | T | Sold (part) | 11/25/15 | J | A | |
| 30. DEFERRED SALARY PLAN/TRUST - ACLU - ACCT #8 - M/LYNCH #C08 | E | Distribution | N | T | | | | | |
| 31. NATIONWIDE ACHIEVER VARIABLE ANNUITY (H) | | | | | | | | | See Note 6 |
| 32. - NW AMFDS NVIT ASSTALLOC II FUND | | None | M | T | | | | | |
| 33. - NW AMFDS NVIT BD II FUND | | None | M | T | | | | | |
| 34. - NW AMFDS NVIT GR INC II FUND | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TRUST #1 - EXEMPT C (H) | | | | | | | | | |
| 36. - FDIC LIQUID INSURED DEPOSITS | A | Interest | K | T | | | | | |
| 37. - FDIC LIQUID INSURED DEPOSITS ( | A | Interest | K | T | | | | | See Note 5 |
| 38. - NUVEEN LIMITED TERM MUNI BOND | B | Dividend | L | T | Sold (part) | 01/12/15 | J | A | |
| 39. | | | | | Sold (part) | 09/11/15 | J | A | |
| 40. | | | | | Sold (part) | 12/31/15 | J | A | |
| 41. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | B | Dividend | K | T | Sold (part) | 06/15/15 | J | A | |
| 42. | | | | | Sold (part) | 09/11/15 | J | A | |
| 43. - TCW EMERGING MARKETS FUND | B | Dividend | K | T | Sold (part) | 09/11/15 | J | A | |
| 44. - THE TAX EXEMPT BOND FUND OF AMERICA ( | B | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |
| 45. | | | | | Sold (part) | 01/12/15 | J | A | |
| 46. | | | | | Sold (part) | 09/11/15 | J | A | |
| 47. | | | | | Sold (part) | 12/31/15 | J | A | |
| 48. - VANGUARD SPECIALIZED PORT DIV APPREC FUND ( | C | Dividend | M | T | Sold (part) | 01/12/15 | K | D | |
| 49. | | | | | Sold (part) | 09/11/15 | J | B | |
| 50. | | | | | Sold (part) | 12/31/15 | J | C | |
| 51. - VIRTUS EMERGING MARKETS FUND | A | Dividend | K | T | Sold (part) | 01/12/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - SCHWAB FUNDMNTL U.S. LARGE CO FUND | D | Dividend | M | T | Sold (part) | 01/12/15 | K | D | |
| 53. | | | | | Sold (part) | 06/15/15 | J | A | |
| 54. | | | | | Sold (part) | 09/11/15 | J | B | |
| 55. | | | | | Sold (part) | 12/31/15 | J | C | |
| 56.   - AQR MANAGED FUTURES STRATEGY FUND | C | Dividend | K | T | Buy (add'l) | 01/12/15 | J | | |
| 57. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 58. | | | | | Sold (part) | 04/13/15 | J | A | |
| 59. | | | | | Sold (part) | 09/11/15 | J | A | |
| 60.   - LEGG MASON BW ABSOLUTE RETURN FUND ( | B | Dividend | K | T | Buy (add'l) | 01/12/15 | J | | |
| 61. | | | | | Sold (part) | 09/11/15 | J | A | |
| 62.   - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | C | Dividend | K | T | Sold (part) | 01/12/15 | J | A | |
| 63. | | | | | Sold (part) | 09/11/15 | J | A | |
| 64.   - ASTON FAIRPOINTE MID CAP FUND | D | Dividend | M | T | Buy (add'l) | 09/11/15 | J | | |
| 65. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 66. | | | | | Sold (part) | 01/12/15 | J | A | |
| 67. | | | | | Sold (part) | 04/13/15 | J | A | |
| 68. | | | | | Sold (part) | 06/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - AQR MOMENTUM FUND CLASS L | D | Dividend | M | T | Sold (part) | 01/12/15 | K | A | |
| 70. | | | | | Sold (part) | 06/15/15 | J | A | |
| 71. | | | | | Sold (part) | 09/11/15 | J | A | |
| 72. | | | | | Sold (part) | 12/31/15 | J | A | |
| 73. - BERWYN FUND | A | Dividend | K | T | Buy (add'l) | 01/12/15 | J | | |
| 74. - INVESCO DEVELOPING MARKETS FUND | B | Dividend | M | T | Buy (add'l) | 06/15/15 | J | | |
| 75. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 76. | | | | | Sold (part) | 04/13/15 | J | A | |
| 77. | | | | | Sold (part) | 12/31/15 | J | A | |
| 78. - HARBOR INT'L FUND | B | Dividend | L | T | Buy (add'l) | 01/12/15 | J | | |
| 79. | | | | | Sold (part) | 04/13/15 | J | A | |
| 80. | | | | | Sold (part) | 06/15/15 | J | A | |
| 81. - HARBOR HIGH YIELD BOND FUND | B | Dividend | K | T | Buy (add'l) | 06/29/15 | J | | |
| 82. | | | | | Sold (part) | 06/15/15 | J | A | |
| 83. | | | | | Sold (part) | 09/11/15 | J | A | |
| 84. - INVESCO INTL SMALL COMPANY | C | Dividend | K | T | Buy (add'l) | 01/12/15 | J | | |
| 85. | | | | | Sold (part) | 06/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - VIRTUS FOREIGN OPP FUND | A | Dividend | L | T | Sold (part) | 04/13/15 | J | A | |
| 87. | | | | | Sold (part) | 09/11/15 | J | A | |
| 88. | | | | | Sold (part) | 12/31/15 | J | A | |
| 89. - KEELEY SMALL CAP VALUE FUND | D | Dividend | L | T | Sold (part) | 04/13/15 | J | A | |
| 90. | | | | | Sold (part) | 12/31/15 | J | A | |
| 91. - AMERICAN CENTURY INTMDT TAX FREE BOND FUND | B | Dividend | L | T | Buy (add'l) | 04/13/15 | J | | |
| 92. | | | | | Sold (part) | 01/12/15 | J | A | |
| 93. | | | | | Sold (part) | 09/11/15 | J | A | |
| 94. | | | | | Sold (part) | 12/31/15 | J | A | |
| 95. - VANGUARD SCOTTSDALE FDS ( | B | Dividend | L | T | Sold (part) | 01/12/15 | J | A | |
| 96. | | | | | Sold (part) | 09/11/15 | J | A | |
| 97. - ACACIA PARTNERS, L.P. | A | Int./Div. | M | U | | | | | |
| 98. - POETIC LICENSE PARTNERS, LP | G | Int./Div. | P1 | W | | | | | See Note 1 |
| 99. TRUST #2 - NON-EXEMPT C (H) | | | | | | | | | |
| 100. - FDIC LIQUID INSURED DEPOSITS ( | A | Interest | J | T | | | | | |
| 101. - AMERICAN FUNDS, GLOBAL BALANCED | C | Dividend | M | T | Buy | 02/24/15 | M | | |
| 102. TRUST #3 - REINHARDT LVG TRUST (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - FDIC LIQUID INSURED DEPOSITS | A | Interest | J | T | | | | | |
| 104. - FDIC LIQUID INSURED DEPOSITS | A | Interest | J | T | | | | | |
| 105. - AQR DIVERSIFIED ARBITRAGE FUND | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 106. - AQR MANAGED FUTURES STRATEGY FUND | B | Dividend | K | T | Sold (part) | 01/05/15 | J | A | |
| 107. - DRIEHAUS SELECT CREDIT FUND | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 108. - DRIEHAUS ACTIVE INCOME FUND | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 109. - GATEWAY FUND CLASS Y | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 110. - ISHARES TR TIPS BD FD | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | See Note 4 |
| 111. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 112. - LEGG MASON BW ABSOLUTE RETURN FUND | A | Dividend | J | T | | | | | |
| 113. - MSIF INC INTERNATIONAL FUND | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 114. - NUVEEN LIMITED TERM MUNI BOND CLASS A | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 115. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND | A | Dividend | J | T | Sold (part) | 01/05/15 | J | A | |
| 116. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | A | Dividend | J | T | | | | | |
| 117. - TCW EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 118. - THE TAX EXEMPT BOND FUND OF AMERICA | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 119. - VANGUARD SPECIALIZED PORT DIV APPREC FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 121. - VIRTUS EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 122. - AMERICAN CENTURY MID CAP VALUE FUND | A | Dividend | J | T | Sold (part) | 01/05/15 | J | A | |
| 123. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 124. - SCHWAB FUNDMNTL U.S. LARGE CO FUND | A | Dividend | J | T | | | | | |
| 125. - NEUBERGER BERMAN LONG SHORT FUND | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 126. - CITY NATIONAL BANK CHECKING | | None | K | T | | | | | |
| 127. TRUST #4 - RIPSTON LVG TRUST (H) | | | | | | | | | |
| 128. - FDIC LIQUID INSURED DEPOSITS | A | Interest | J | T | Open | 03/03/15 | K | | |
| 129. - FDIC LIQUID INSURED DEPOSITS | A | Interest | J | T | | | | | |
| 130. - AQR MANAGED FUTURES STRATEGY FUND | A | Dividend | K | T | Buy (add'l) | 05/20/15 | J | | |
| 131. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 132. | | | | | Sold (part) | 01/27/15 | J | A | |
| 133. | | | | | Sold (part) | 02/25/15 | J | A | |
| 134. | | | | | Sold (part) | 03/23/15 | J | A | |
| 135. | | | | | Sold (part) | 08/21/15 | J | A | |
| 136. | | | | | Sold (part) | 09/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND | A | Dividend | J | T | Buy (add'l) | 08/21/15 | J | | |
| 138. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 139. | | | | | Sold (part) | 01/27/15 | J | A | |
| 140. | | | | | Sold (part) | 02/25/15 | J | A | |
| 141. | | | | | Sold (part) | 03/23/15 | J | A | |
| 142. | | | | | Sold (part) | 06/22/15 | J | A | |
| 143. | | | | | Sold (part) | 07/23/15 | J | A | |
| 144. | | | | | Sold (part) | 11/19/15 | J | A | |
| 145. - SCHWAB FUNDMNTL U.S. LARGE CO FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 146. | | | | | Sold (part) | 05/20/15 | J | A | |
| 147. | | | | | Sold (part) | 10/22/15 | J | A | |
| 148. | | | | | Sold (part) | 11/19/15 | J | A | |
| 149. - VANGUARD SPECIALIZED PORT DIV APPREC FUND | A | Dividend | K | T | Buy (add'l) | 04/22/15 | J | | |
| 150. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 151. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 152. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 153. | | | | | Sold (part) | 02/25/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 03/23/15 | J | A | |
| 155. | | | | | Sold (part) | 05/20/15 | J | A | |
| 156. | | | | | Sold (part) | 10/22/15 | J | A | |
| 157. | | | | | Sold (part) | 11/19/15 | J | A | |
| 158. | | | | | Sold (part) | 12/22/15 | J | A | |
| 159. - DRIEHAUS SELECT CREDIT FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 160. | | | | | Sold (part) | 04/22/15 | J | A | |
| 161. | | | | | Sold (part) | 08/21/15 | J | A | |
| 162. - MSIF INC INTERNATIONAL FUND | A | Dividend | K | T | Buy (add'l) | 08/21/15 | J | | |
| 163. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 164. | | | | | Sold (part) | 02/25/15 | J | A | |
| 165. | | | | | Sold (part) | 04/22/15 | J | A | |
| 166. | | | | | Sold (part) | 05/20/15 | J | A | |
| 167. | | | | | Sold (part) | 10/22/15 | J | A | |
| 168. - VIRTUS EMERGING MARKETS FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 169. - AQR DIVERSIFIED ARBITRAGE FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 170. | | | | | Sold (part) | 06/22/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/22/15 | J | A | |
| 172.  - AMERICAN CENTURY MID CAP VALUE FUND | A | Dividend | J | T | Sold (part) | 01/27/15 | J | A | |
| 173. | | | | | Sold (part) | 02/25/15 | J | A | |
| 174. | | | | | Sold (part) | 10/22/15 | J | A | |
| 175.  - DRIEHAUS ACTIVE INCOME FUND | A | Dividend | K | T | Sold (part) | 04/22/15 | J | A | |
| 176. | | | | | Sold (part) | 07/23/15 | J | A | |
| 177. | | | | | Sold (part) | 09/22/15 | J | A | |
| 178.  - GATEWAY FUND CLASS Y | A | Dividend | K | T | Sold (part) | 02/27/15 | J | A | |
| 179. | | | | | Sold (part) | 03/23/15 | J | A | |
| 180. | | | | | Sold (part) | 04/22/15 | J | A | |
| 181. | | | | | Sold (part) | 05/20/15 | J | A | |
| 182. | | | | | Sold (part) | 06/22/15 | J | A | |
| 183. | | | | | Sold (part) | 07/23/15 | J | A | |
| 184. | | | | | Sold (part) | 08/21/15 | J | A | |
| 185. | | | | | Sold (part) | 09/22/15 | J | A | |
| 186. | | | | | Sold (part) | 10/22/15 | J | A | |
| 187. | | | | | Sold (part) | 11/19/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/22/15 | J | A | |
| 189.   - LEGG MASON BW ABSOLUTE RETURN FUND | A | Dividend | J | T | Sold (part) | 01/27/15 | J | A | |
| 190. | | | | | Sold (part) | 02/25/15 | J | A | |
| 191. | | | | | Sold (part) | 10/22/15 | J | A | |
| 192.   - NEUBERGER BERMAN LONG SHORT FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 193. | | | | | Sold (part) | 04/22/15 | J | A | |
| 194. | | | | | Sold (part) | 08/21/15 | J | A | |
| 195.   - NUVEEN LIMITED TERM MUNI BOND CLASS A | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 196. | | | | | Sold (part) | 06/22/15 | J | A | |
| 197. | | | | | Sold (part) | 08/21/15 | J | A | |
| 198. | | | | | Sold (part) | 10/22/15 | J | A | |
| 199. | | | | | Sold (part) | 12/22/15 | J | A | |
| 200.   - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 201. | | | | | Sold (part) | 09/22/15 | J | A | |
| 202.   - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 203. | | | | | Sold (part) | 06/22/15 | J | A | |
| 204. | | | | | Sold (part) | 09/22/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - TCW EMERGING MARKETS FUND | A | Dividend | J | T | Sold (part) | 04/22/15 | J | A | |
| 206. - THE TAX EXEMPT BOND FUND OF AMERICA | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 207. | | | | | Sold (part) | 06/22/15 | J | A | |
| 208. | | | | | Sold (part) | 08/21/15 | J | A | |
| 209. | | | | | Sold (part) | 10/22/15 | J | A | |
| 210. | | | | | Sold (part) | 12/22/15 | J | A | |
| 211. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 212. | | | | | Sold (part) | 06/22/15 | J | A | |
| 213. | | | | | Sold (part) | 08/21/15 | J | A | |
| 214. | | | | | Sold (part) | 10/22/15 | J | A | |
| 215. | | | | | Sold (part) | 12/22/15 | J | A | |
| 216. - ISHARES TR TIPS BD FD | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | See Note 4 |
| 217. | | | | | Sold (part) | 08/21/15 | J | A | |
| 218. | | | | | Sold (part) | 12/22/15 | J | A | |
| 219. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | A | Dividend | J | T | Sold (part) | 02/25/15 | J | A | |
| 220. | | | | | Sold (part) | 06/22/15 | J | A | |
| 221. | | | | | Sold (part) | 08/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 12/22/15 | J | A | |
| 223. - BANK OF THE WEST CHECKING ▮ | None | K | T | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: Part VII, line 98 - We are still waiting for the year 2015 form K-1 relating to the Poetic License Partners, LP partnership on line 95. As a result, both the income and gross value codes in columns B and C have been estimated. If necessary, an amended disclosure report will be filed upon our receipt of the K-1 form.

NOTE 2: Part VII, Lines 6 and 7 reflect two Chase bank accounts that were reflected on lines 97 and 98 of the 2014 report. They were moved to a different section of the report in 2015 for ease of tracking.

NOTE 3: Pat VII, Line 15 - in year 2014 this item was called "Ishares TR Barclays 1-3 YR TSY Bond Fund". This was in error. The item was and is not a treasury security and was erroneously named in the past. The corrected name now appears in the current report on line 15. Please note that this is a separate and distinct security from those reflected on lines 111 and 219 of the report, where the security name properly includes the reference to Barclays Tsry.

NOTE 4: Part VII, Lines 16, 110 and 216 - In previous years, this security contained a reference to "Barclays". This was in error and the reference to Barclays has been removed from these three line items for year 2015. These items appeared on lines 15, 174 and 225 of the 2014 report.  .

NOTE 5: Part VII, Line 37 - this item, FDIC Liquid Insured Depsoits ▮▮▮ ) was inadvertently missed on the 2014 report.

NOTE 6: Part VII, Line 31 - Nationwide Achiever Variable Annuity was shown in the aggregate on the 2014 report. For 2015 the word "variable" was added to the description and the account is no longer being aggregated. The Nationwide line item on line 31 is now a header account and lines 32 through 34 reflect the funds that are contained within the annuity. No dividends were paid by these funds in year 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/19/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN R. REINHARDT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544